# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL STANTON, | |
| Plaintiff, | Case No. 2:17-cv-01076-GMN-GWF |
| vs. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The parties' Stipulation and Order to Extend Discovery Deadlines (ECF No. 19) filed July 26, 2017, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than February 7, 2018. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **February 27, 2018**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 20th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge